**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 26-3041

---

American Free Enterprise Chamber of Commerce

Petitioner

v.

National Highway Traffic Safety Administration; Jonathan Morrison, in his official capacity as Administrator of the National Highway Traffic Safety Administration; Sean Duffy, in his official capacity as Secretary of the United States Department of Transportation

Respondents

---

Petition for Review of an Order of the National Highway Traffic Safety Administration
(91 Fed. Reg. 61,988)

---

**JUDGMENT**

In light of the October 16, 2026 order of the United States Judicial Panel on Multidistrict Litigation in MCP No. 205, this case is hereby transferred to the United States Court of Appeals for the First Circuit.

October 19, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler